THE COCHRAN FIRM CALIFORNIA
Brian T. Dunn, Esq., SBN 176502
bdunn@cochranfirm.com
4929 Wilshire Blvd., #1010
Los Angeles, CA 90010
Telephone (323) 435-8205
Facsimile (323) 282-5280
Attorneys for ALL PLAINTIFFS

SPINELLI, DONALD & NOTT
A Professional Corporation
Lynn A. Garcia, SBN 131196
601 University Avenue, Suite 225
Sacramento, California 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
lynng@sdnlaw.com
Attorneys for Defendant COUNTY OF TUOLUMNE

Dan Farrar
Attorney at Law
600 E. Main Street, Suite 100
Turlock, CA 95380
Ph: 209-634-5500
danlaw1@msn.com
Attorneys for Defendant COUNTY OF STANISLAUS

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
JEFFERY T. FISHER, State Bar No. 303712
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3568
Fax: (415) 703-5843
Email: Jeffrey.Fisher@doj.ca.gov
Attorneys for Defendant DENNIS JORDAN-CURASI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE MAGEE, et al, | Case No.: 1:19-cv-01522-AWI-BAM |
| Plaintiff(s), | |
| v. | **STIPULATION OF PARTIES RE: MODIFICATIONS OF SCHEDULING ORDER** |
| COUNTY OF TUOLOMNE, et al., | |
| Defendant(s). | **Order** |

1

**Stipulation of Parties Re: Proposed Modifications to Scheduling Order**

ALL PARTIES jointly submit the within Stipulation Regarding Proposed Modifications to the Scheduling Order (Dkt. 25)

WHEREAS, the Plaintiffs' case arises out of two separate and distinct theories of liability, including causes of action related to the wrongful death of Plaintiffs' Decedent, who lost his life during firefighter training exercises while incarcerated at the Sierra Conservation Center, and, secondly, causes of action related to allegations of the negligent mishandling of the Decedent's remains; and,

WHEREAS, until September 10, 2020, the only defendants who have appeared in this action involve the components of Plaintiffs' action which allege negligent mishandling of remains; and,

WHEREAS, on July 6, 2020, the Court granted Plaintiffs' Motion to Amend the Complaint in this matter, (Dkt. 32) which replaced a "Doe" Defendant with Defendant Dennis Jordan-Curasi in Plaintiff's First Amended Complaint (Dkt. 33); and,

WHEREAS, on August 25, 2020, Defendant Jordan-Curasi was personally served with the First Amended Complaint at his residence; and,

WHEREAS, on September 14, 2020, Defendant Jordan-Curasi is the only party in the action who is involved in the components of Plaintiffs' action which allege wrongful death; and,

WHEREAS, Defendant Jordan-Curasi filed a responsive pleading on September 14, 2020, and, following the exchange of initial disclosures, will need considerable time to both conduct and respond to written discovery, and,

WHEREAS, the Non-Expert Discovery Deadline of October 2, 2020 (Dkt. 25) is rapidly approaching, which would render Defendant Jordan-Curasi without time to conduct discovery; and,

WHEREAS, the imminent discovery deadline places the parties in the undesirable position of having to possibly submit their respective clients to repetitive depositions; and,

WHEREAS, due to the COVID 19 pandemic, all counsel have experienced significant delays associated with propounding and responding to discovery, especially

plaintiff's counsel, whose office has been shut down for several months due to a municipal order affecting the whole of Los Angeles County; therefore, IT IS HEREBY STIPULATED AND AGREED UPON BY ALL PARTIES that the interests of justice would be best served by a modification of the scheduling order as follows:

1. that the Non-Expert Discovery Deadline of October 2, 2020 (Dkt. 25) be continued 180 days to April 2, 2021;

2. that the deadline for Expert Disclosures of October 16, 2020 be continued 180 days to April 16, 2021;

3. that the deadline for Expert Discovery Deadline of December 18, 2020 be continued 180 days to June 18, 2021;

4. that the deadline for Dispositive Motions of January 19, 2020 be continued 180 days to July 19, 2021;

5. that the Pretrial Conference scheduled for March 31, 2021 be continued 180 days to September 30, 2021;

6. that the Jury Trial currently scheduled for May 18, 2021 be continued 180 days until November 18, 2021.

Dated:  September 14, 2020          THE COCHRAN FIRM CALIFORNIA

By: /s/ Brian T. Dunn
    BRIAN T. DUNN
    Attorneys for Plaintiffs

Dated:  September 14, 2020          SPINELLI, DONALD & NOTT

By:  (as authorized on September 14, 2020)
    LYNN A. GARCIA
    Attorneys for Defendant
    COUNTY OF TUOLUMNE

Dated:  September 14, 2020          LAW OFFICE OF DAN FARRAR

By:  (as authorized on September 14, 2020)
    DAN FARRAR
    Attorneys for Defendant
    COUNTY OF STANISLAUS

Dated: September 14, 2020

        XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
JEFFERY T. FISHER

By:   (as authorized on September 14, 2020)
JEFFREY T. FISHER
Deputy Attorney General
Attorneys for Defendant Dennis Jordan-Curasi

ORDER

**THE COURT, HAVING FOUND GOOD CAUSE, AND PER JOINT STIPULATION OF COUSEL, IT IS HEREBY ORDERED** that the Scheduling Order be Amended as follows:

1. that the Non-Expert Discovery Deadline of October 2, 2020 (Dkt. 25) be continued 180 days to April 2, 2021;

2. that the deadline for Expert Disclosures of October 16, 2020 be continued 180 days to April 16, 2021;

3. that the deadline for Expert Discovery Deadline of December 18, 2020 be continued 180 days to June 18, 2021;

4. that the deadline for Dispositive Motions of January 19, 2020 be continued 180 days to July 19, 2021;

5. that the Pretrial Conference scheduled for March 31, 2021 be continued 180 days to September 30, 2021, at 10:00 AM in Courtroom 2 (AWI) before District Judge Anthony W. Ishii;

6. that the Jury Trial currently scheduled for May 18, 2021 be continued 180 days until **November 16, 2021**, at 8:30 AM in Courtroom 2 (AWI) before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __September 16, 2020__          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE