BRIAN T. DUNN, SBN 176502
bdunn@cochranfirm.com
EDWARD M. LYMAN III, SBN 248264
elyman@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Blvd., #1010
Los Angeles, CA 90010
Telephone: (323) 435-8205
Facsimiles: (323) 282-5280
*Attorneys for all Plaintiffs*

LYNN A. GARCIA, SBN 131196
lynng@sdnlaw.com
SPINELLI, DONALD & NOTT, A Professional Corporation
601 University Avenue, Suite 225
Sacramento, California 95825
Telephone: (916) 448-7888
Facsimiles: (916) 448-6888
*Attorneys for Defendant County of Tuolumne*

DAN FARRAR, SBN 155217
danlaw1@msn.com
600 E. Main Street, Suite 100
Turlock, CA 95380
Telephone: (209) 634-5500
*Attorneys for Defendant County of Stanislaus*

XAVIER BECERRA, SBN. 118517
WILLIAM C. KWONG, SBN. 168010
LUCIA Q. LI, SBN. 309355
JEFFREY T. FISHER, SBN. 303712
jeffrey.fisher@doj.ca.gov
Attorney General of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3568
Facsimiles: (415) 703-5843
*Attorneys for Defendant Dennis Jordan-Curasi*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE MAGEE, et al,<br><br>        Plaintiff(s),<br>   v.<br><br>COUNTY OF TUOLUMNE, et al.,<br><br>        Defendant(s). | Case No.: 1:19-cv-01522-AWI-BAM<br><br>**JOINT STIPULATION FOR ORDER EXTENDING EXPERT DISCOVERY DEADLINE; ORDER** |

1

## **JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF DATE**

COUNSEL FOR ALL PARTIES jointly submit this stipulation and proposed order, requesting a limited extension of the Expert Discovery Cut-Off Date to accommodate expert depositions.  The operative scheduling order's (Dkt. 41) Expert Discovery Cut-Off Date is 6/18/2021.  The parties stipulate to extend Expert Discovery Cut-Off Date to 7/2/21.

### *Total Period of Extensions Already Obtained*

The initial expert discovery cut off was 12/18/2020.  (Dkt. 25.)Pursuant to a stipulation, the Court issued a global modification to the scheduling orders, thereby continuing the expert discovery cut off to 6/18/2021.  (Dkt. 41.)

### *Good Cause to Modify the Existing Expert Discovery Cut-Off Date*

WHEREAS, the parties have diligently attempted to complete expert witness discovery prior to the deadline of June 18, 2021.  (Dkt. 41.)

WHEREAS the parties began discussing expert witness depositions for dates prior to the deadline.   However, the parties' experts are only available to be deposed on dates beyond the expert discovery cut-off.  Plaintiff's expert Dr. Spitz is available on 6/24/2021.   And Defendant Jordan-Curasi's expert Dr. MacGregor is available on 7/2/2021.

WHEREAS, absent an order extending the expert discovery cut-off, the parties would be prejudiced by their inability to depose the aforementioned expert witnesses.

WHEREAS, good causes exists to modify the Expert Discovery Cut-Off Date.

THEREFORE, it is hereby stipulated and agreed upon by all parties, by and through their respective attorneys of record, that the interests of justice would be best served by an order extending the Expert Discovery Cut-Off Date from June 18, 2021 to July 2, 2021.

IT IS SO STIPULATED.

1
2
3
4
5  Dated:  June 17, 2021
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Edward M. Lyman III
―――――――――――――――――
Edward M. Lyman III
The Cochran Firm California
*Attorneys for all Plaintiffs*

/s/ Lynn A. Garcia (authorized 6/16/21)
―――――――――――――――――
Lynn A. Garcia
SPINELLI, DONALD & NOTT
*Attorneys for Defendant County of Tuolumne*

/s/ Dan Farrar (authorized 6/15/21)
―――――――――――――――――
Dan Farrar
Law Office of Dan Farrar
*Attorneys for Defendant County of Stanislaus*

/s/ Lucia Li (authorized 6/14/21)
―――――――――――――――――
Jeffrey T. Fisher
Deputy Attorney General
*Attorneys for Defendant Dennis Jordan-Curasi*

**ORDER**

Having considered the parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The Expert Discovery Cut-off date of June 18, 2021, is hereby continued to July 2, 2021.

IT IS SO ORDERED.

Dated: **June 17, 2021**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE