UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE MAGEE, et al, <br><br> Plaintiff(s), <br> v. <br> COUNTY OF TUOLUMNE, et al., <br><br> Defendant(s). | Case No.: 1:19-cv-01522-AWI-BAM <br><br> **ORDER GRANTING MOTION TO EXTEND CASE SCHEDULING ORDER** |

On July 12, 2021, Defendant Dennis Jordan-Curasi, filed a Motion to extend the case schedule, based on recently uncovered physical evidence consisting of tissue samples from decedent's remains. (Doc. No. 57.) The Motion was not set for hearing. The Court held a status conference to discuss the motion on July 22, 2021. The Court and the parties discussed the need to extend expert discovery and the remaining pretrial deadlines to allow examination of the samples. (Doc. No. 62.) The Parties were ordered to meet and confer regarding proposed dates for modification of the remaining deadlines. (*Id.*)

On July 29, 2021, the Court held a further status conference to set new dates. The Court and the parties discussed the procedure for examining the newly discovered evidence. The parties will continue to meet and confer on the issue. The Plaintiff also informed the Court of a companion case based on the same or similar facts.

1

Having considered Defendant Jordan-Curasi's motion, and discussions with the parties, the Court HEREBY GRANTS Defendant Jordan-Curasi's motion. The Scheduling Order is Modified as follows:

1. **Supplemental Expert Disclosures**: November 19, 2021
2. **Rebuttal Expert Disclosures**: December 17, 2021
3. **Expert Discovery Cut-off**: January 19, 2022
4. **Dispositive Motion Filing Deadline**: February 11, 2022
5. **Pretrial Conference**: July 13, 2022
   Time: 10:00 am
   Dept.: 2 (AWI)
6. **Jury Trial (5-7 days)**: September 20, 2022
   Time: 8:30 a.m.
   Dept.: 2 (AWI)

In addition, Counsel is directed to file a notice of related case pursuant to Local Rule 123.

IT IS SO ORDERED.

Dated: **July 29, 2021**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE